```
                                            FILED
                                          SEP 1 7 2009
                                   CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR RAMOS-PASILLAS,<br><br>    Defendant. | Case No. 09CR2470-GT<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

   **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for October 9, 2009, be rescheduled to **Thursday, November 12, 2009, at 9:00 a.m.**

   **IT IS SO ORDERED.**

DATED: 9-17-09

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge